**Petition for Writ of Mandamus DISMISSED and Memorandum Opinion filed October 8, 2015.**



In The

# Fourteenth Court of Appeals

### NO. 14-15-00746-CV

### IN RE GEICO INSURANCE COMPANY, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
152nd District Court
Harris County, Texas
Trial Court Cause No. 2013-50259-A

### MEMORANDUM OPINION

On September 3, 2015, relator GEICO Insurance Company filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. On September 28, 2015, relator GEICO Insurance Company filed a motion to dismiss its petition for writ of mandamus.

Accordingly, the petition for writ of mandamus is dismissed.

PER CURIAM

Panel consists of Justices Jamison, McCally, and Wise.